**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2179

MITCHELL JONES,

           Plaintiff - Appellant,

      v.

HOUSING AUTHORITY OF CRISFIELD, c/o Charles Goldsborough,

           Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    J.  Frederick  Motz,  Senior  District
Judge.  (1:14-cv—00847-JFM)

Submitted:  January 15, 2015          Decided:  January 20, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mitchell  Jones,  Appellant  Pro  Se.    Carrie  Blackburn  Riley,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Jones appeals the district court's order granting summary judgment to Defendant in Jones' housing discrimination suit. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Jones' informal brief does not challenge the basis for the district court's disposition, Jones has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED